IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION


KYJUANE L. CHATMAN,                    *

          Plaintiff,                   *

vs.                                    *
                                            CASE NO. 4:10-CV-137 (CDL)
JOHN DARR, PAM BROWN, and ALLEN        *
HUMPHREY,
                                       *
          Defendants.
                                       *
─────────────────────────────

ORDER ON RECOMMENDATION OF DISMISSAL
BY UNITED STATES MAGISTRATE JUDGE


     After a *de novo* review of the record in this case, the
Recommendation of Dismissal filed by the United States Magistrate
Judge on January 3, 2011 is hereby approved, adopted, and made the
Order of the Court.

     The objection of the Plaintiff has been considered and is found
to be without merit.

     IT IS SO ORDERED, this 21st day of January, 2011.


                              S/Clay D. Land
                              ───────────────────────────────
                                   CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE